COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARGIE ORTEGA, | § | |
| | | No. 08-08-00187-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 394th District Court |
| ART GONZALEZ AND JAMES RASCOE, | § | |
| | | of Hudspeth County, Texas |
| | § | |
| Appellees. | | (TC#3905-394) |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination as to whether the appeal should be dismissed for want of prosecution. On May 21, 2008, Appellant filed her notice of appeal. However, Appellant failed to tender the required filing fee. Notice of this failure was provided to Appellant by correspondence of the same date. Appellant was informed that the fee had to be paid within twenty days. Appellant was warned that failure to do so could result in dismissal of the appeal. Despite the passage of this deadline, Appellant has failed to tender the filing fee. In addition, Appellant failed to request a reporter's record and failed to file the clerk's record. By correspondence dated May 28, 2008, the Clerk of the Court gave notice of such failures and of the Court's intent to dismiss the appeal if Appellant did not provide grounds for its continuance by June

10, 2008.  Appellant made no response.  Therefore, pursuant to Texas Rules of Appellate Procedure 5, 37.3, and 42.3, this appeal is dismissed with prejudice.


                                        KENNETH R. CARR, Justice

September 25, 2008

Before Chew, C.J., McClure, and Carr, JJ.